■ In the Matter of ALIAH F., a Person Alleged to be a Juvenile Delinquent, Appellant. [61 NYS3d 892]—

Appeal from order, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about October 21, 2016, which, upon appellant's admission to violation of probation, revoked a prior order of disposition that had placed appellant on probation, and instead placed her with the Administration for Children's Services Close to Home program for a period of 12 months, less her time spent in detention pending disposition, unanimously dismissed, without costs, as moot.

Appellant's challenge to the court's dispositional order is moot because she has already completed her placement (*see e.g. Matter of Omari W.*, 104 AD3d 460 [1st Dept 2013]). Although appellant asserts that this appeal is not moot because a juvenile delinquency adjudication has collateral consequences, she is not actually challenging the underlying adjudication. Instead, she is claiming that the dispositional hearing following her admission that she had violated her probation was procedurally defective, and that the ensuing dispositional order failed to give her proper credit for time in detention. Both of those claims were rendered moot by the

completion of the placement and are, in any event, unavailing. Concur—Acosta, P.J., Friedman, Webber, Oing and Moulton, JJ.